IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARCUS ORLANDO TATE, a/k/a MARCUS ORLANDO TAITE, a/k/a DR. ELIJAH JOSHUA MUHAMMAD, II, a/k/a DRELIJAH JOSHUA MUHAMMAD, | : : : : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 10-0211-WS-N |
| CHRISTOPHER COLUMBUS, et al., | : |
| Defendants. | : |

ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is further **ORDERED** that this action be and is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g).

DONE this 27th day of July, 2010.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE