IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MARCUS ORLANDO TATE, | : | |
| a/k/a MARCUS ORLANDO TAITE, | | |
| a/k/a DR. ELIJAH JOSHUA | : | |
| MUHAMMAD, II, a/k/a DRELIJAH | | |
| JOSHUA MUHAMMAD, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 10-0211-WS-N |
| CHRISTOPHER COLUMBUS, et al., | : | |
| Defendants. | : | |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g).

DONE this 27th day of July, 2010.

                                          s/WILLIAM H. STEELE
                                          CHIEF UNITED STATES DISTRICT JUDGE